UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20817 CR-WILLIAMS**
/TORRES

21 U.S.C. § 963
46 U.S.C. § 70506(b)
21 U.S.C. § 853
46 U.S.C. § 70507(a)

UNITED STATES OF AMERICA

vs.

CARLOS IBARRA VALENCIA,
   a/k/a "Mateo,"
   a/k/a "Don Carlos,"
   a/k/a "Don K,"
   a/k/a, "Don Ca,"
CARLOS ALBERTO CANTIN RODRIGUEZ,
JOSE MARIA VELEZ MONSALVE,
   a/k/a "Chepe,"
   a/k/a "Chepito,"
MARIA LUCELLY BATERO SOTO,
   a/k/a "Lucelly,"
FRANCISCO IGNACIO RUIZ CASTRO,
   a/k/a "Pacho,"
   a/k/a "Pachito," and
LIMBER DISNEY QUIROZ CABAL,
   a/k/a "El Ecua,"
   a/k/a "El Embajador,"

        Defendants.
_____/

FILED by _____ D.C.
OCT 19 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about April 19, 2017, and continuing through the date of the return of this Indictment, in the countries of Colombia, Ecuador, Mexico, and elsewhere, the defendants,

**CARLOS IBARRA VALENCIA,**

a/k/a "Mateo,"
a/k/a "Don Carlos,"
a/k/a "Don K,"
a/k/a, "Don Ca,"
CARLOS ALBERTO CANTIN RODRIGUEZ,
JOSE MARIA VELEZ MONSALVE,
a/k/a "Chepe,"
a/k/a "Chepito,"
MARIA LUCELLY BATERO SOTO,
a/k/a "Lucelly,"
FRANCISCO IGNACIO RUIZ CASTRO,
a/k/a "Pacho,"
a/k/a "Pachito," and
LIMBER DISNEY QUIROZ CABAL,
a/k/a "El Ecua,"
a/k/a "El Embajador,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, intending, knowing, and having reasonable cause to believe that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a); all in violation of Title 21, United States Code, Section 963.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

Beginning on or about April 19, 2017, and continuing through on or about May 25, 2017, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, the defendants,

2

**CARLOS IBARRA VALENCIA,**
a/k/a "Mateo,"
a/k/a "Don Carlos,"
a/k/a "Don K,"
a/k/a, "Don Ca,"
**CARLOS ALBERTO CANTIN RODRIGUEZ,**
**JOSE MARIA VELEZ MONSALVE,**
a/k/a "Chepe,"
a/k/a "Chepito,"
**MARIA LUCELLY BATERO SOTO,**
a/k/a "Lucelly,"
**FRANCISCO IGNACIO RUIZ CASTRO,**
a/k/a "Pacho,"
a/k/a "Pachito," and
**LIMBER DISNEY QUIROZ CABAL,**
a/k/a "El Ecua,"
a/k/a "El Embajador,"

did knowingly and willfully combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(1)(B).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **CARLOS IBARRA VALENCIA,**

3

a/k/a "Mateo," a/k/a "Don Carlos," a/k/a "Don K," a/k/a, "Don Ca," CARLOS ALBERTO CANTIN RODRIGUEZ, JOSE MARIA VELEZ MONSALVE, a/k/a "Chepe," a/k/a "Chepito," MARIA LUCELLY BATERO SOTO, a/k/a "Lucelly," FRANCISCO IGNACIO RUIZ CASTRO, a/k/a "Pacho," a/k/a "Pachito," and LIMBER DISNEY QUIROZ CABAL, a/k/a "El Ecua," a/k/a "El Embajador," have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall each forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States Code, Sections 853(a) and 963.

3. Upon conviction of a conspiracy to violate Title 46, United States Code, Section 70503, as alleged in this Indictment, the defendants shall each forfeit to the United States any property described in Title 21, United States Code, Section 881(a) that is used or intended for use to commit, or facilitate the commission of, such offense, pursuant to Title 46, United States Code, Sections 70506(b) and 70507(a).

All pursuant to Title 21, United States Code, Sections 853 and 963, and Title 46, United States Code, Sections 70606(b) and 70507(a), as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20817-CR-WILLIAMS / TORRES

UNITED STATES OF AMERICA

v.

CARLOS IBARRA VALENCIA, et al.,

Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

_X_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

New Defendant(s)        Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  Yes
   List language and/or dialect  Spanish

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to 5 days     _X_       Petty       ___
   II   6 to 10 days    ___       Minor       ___
   III  11 to 20 days   ___       Misdem.     ___
   IV   21 to 60 days   ___       Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No _X_

                                JOSEPH M. SCHUSTER
                                ASSISTANT UNITED STATES ATTORNEY
                                Court I.D. No. A5502182

*Penalty Sheet(s) attached                                    REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CARLOS IBARRA VALENCIA, a/k/a "Mateo," a/k/a "Don K," a/k/a, "Don Ca"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   CARLOS ALBERTO CANTIN RODRIGUEZ

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:**   Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to

the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**   Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE MARIA VELEZ MONSALVE, a/k/a "Chepe," a/k/a "Chepito"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

***Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to

the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

***Max. Penalty:** Life Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** MARIA LUCELLY BATERO SOTO, a/k/a "Lucelly"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FRANCISCO IGNACIO RUIZ CASTRO, a/k/a "Pacho," a/k/a "Pachito"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LIMBER DISNEY QUIROZ CABAL, a/k/a "El Ecua," a/k/a "El Embajador"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**